IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-01061-PAB

THE AMERICAN AUTOMOBILE ASSOCIATION, INC.,

    Plaintiff,

v.

FISHER INVESTMENT INC., d/b/a AAA Autoglass Specialists Inc., and
DAVID E. FISHER,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on review of the file. One of my sisters is counsel for plaintiff American Automobile Association, Inc. For this reason, it would be inappropriate for me to preside over this case. Accordingly, I will recuse myself. It is therefore

ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

DATED April 20, 2012.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge