**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Civil Action No. 12-cv-01061-JLK

THE AMERICAN AUTOMOBILE ASSOCIATION, INC.,

        Plaintiff,

v.

FISHER INVESTMENTS INC. d/b/a AAA AUTOGLASS SPECIALISTS INC.

and

DAVID E. FISHER,

        Defendants.

---

**CONSENT ORDER OF JUDGMENT**

---

        WHEREAS, The American Automobile Association, Inc. ("AAA") has brought an action in this Court against David Fisher and Fisher Investments, Inc. d/b/a AAA Autoglass Specialists (hereinafter, the "Defendants") in which it has alleged that Defendants have knowingly and willfully violated AAA's rights in its famous and distinctive AAA trademarks ("AAA Marks"), in violation of the Federal Trademark Act ("Lanham Act"), 15 U.S.C. §§ 1114, 1125, and Colorado state law, by making unauthorized use of the AAA Marks to advertise the business AAA Autoglass Specialists business owned and operated by Defendants;

        WHEREAS, the Court has jurisdiction over this civil action by virtue of 28 U.S.C. §§ 1331, 1338, and 1367;

WHEREAS, the Defendants have been properly served with the Complaint and Summons in this action;

WHEREAS, AAA and Defendants have entered into a Settlement Agreement to resolve any and all controversies and disputes between them existing as of this date;

WHEREAS, pursuant to that Settlement Agreement, AAA has agreed to dismiss its claims for damages, attorney fees, and costs;

WHEREAS, pursuant to that Settlement Agreement, Defendants have agreed and consented to entry by the Court of a permanent injunction restraining them from violating AAA's trademark rights;

WHEREAS, Defendants waive all defenses or counterclaims which they might otherwise raise at a trial on the merits of AAA's claims for preliminary injunction, permanent injunction, and/or damages; and

WHEREAS, the Defendants have elected to proceed in this action on a *pro se* basis, and represent that the persons signing on behalf of Defendants have authority to execute the Consent Order of Judgment and that Defendants are thereby bound by any judgment entered on the basis of this Consent Order of Judgment;

NOW THEREFORE, Defendants consent and agree that this Court enter a judgment permanently enjoining them from unauthorized use of AAA's trademarks, or of marks confusingly similar to any of them.

The Court does hereby, upon the consent of the parties, declare that a permanent injunction issue herein as follows:

IT IS ORDERED, ADJUDGED, AND DECREED:

1.That Defendants, their agents, attorneys, representatives, employees, and all persons in active concert or participation with them who receive notice hereof, are hereby permanently enjoined from any unauthorized use of AAA's trademarks, or of marks confusingly similar to any of them in association with their business;

2.That each and every claim for damages, penalties, costs, and attorneys' fees by AAA against Defendants, other than the permanent injunction granted herein, is hereby dismissed without prejudice, except for such damages, penalties, costs, and/or attorneys' fees which might result from any violation of this Order;

3.Each party shall bear its or his own attorneys' fees and costs; and

4.That this case shall be closed, except that this Court shall retain jurisdiction for the purpose of enforcing the Settlement Agreement and this Consent Order of Judgment.

ENTERED this 6th day of July, 2012

BY THE COURT:

**s/John L. Kane**
SENIOR U.S. DISTRICT JUDGE